IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH BRANOM, )<br>)<br>     Plaintiff, )<br>)<br>vs. )<br>)<br>STATE OF OKLAHOMA, )<br>)<br>     Defendant. ) | Case Number CIV-06-777-C |

**ORDER ADOPTING REPORT AND RECOMMENDAITON**

  On August 28, 2006, Magistrate Judge Bana Roberts entered a Report and Recommendation (R&R), recommending Plaintiff's Complaint be dismissed for failure to comply with a July 31, 2006, Order to cure deficiencies in his Motion for Leave to Appear *In Forma Pauperis*. Judge Roberts noted that Plaintiff had failed to provide the required financial information and failed to include the signature of an authorized officer of the correctional facility. These shortcomings were noted in the July 31st Order and Plaintiff had failed to timely correct them as required by that Order. On September 19, 2006, Plaintiff filed what will be construed as an objection to the R&R. Although the Objection provided a limited explanation for the delay in complying with Judge Robert's July 31st Order, it did not correct the deficiency in that there was still no signature from an authorized officer of the correctional facility. Thus, Plaintiff has offered no basis demonstrating error in the R&R and it will be adopted.

For the reasons set forth herein, the Court ADOPTS the August 28, 2006, Report and Recommendation and DISMISSES Plaintiff's Complaint without prejudice to refiling. A judgment will enter accordingly. Plaintiff's subsequent pleading (Dkt. No. 10) is stricken.

IT IS SO ORDERED this 20th day of September, 2006.

ROBIN J. CAUTHRON
United States District Judge